JTM: USAO#2014R000464

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. MJG-14-0405 |
| v. | |
| ERIN ELIZABETH MALI, a/k/a "Erin", a/k/a Dippo828@yahoo.com, and HOWARD JAMES CLEM IV, a/k/a "Jamie", a/k/a h.clemiv81@yahoo.com, | (Conspiracy to Distribute and Receive Child Pornography, 18 U.S.C. § 2252(a)(2); Distribution of Child Pornography, 18 U.S.C. § 2252(a)(2); Receipt of Child Pornography, 18 U.S.C. § 2252(a)(2); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253) |
| Defendants | |

\*\*\*\*\*\*

## INDICTMENT

## COUNT ONE

(Conspiracy to Distribute and Receive Child Pornography)

The Grand Jury for the District of Maryland charges that:

From in or about September 2012 and continuing until on or about June 3, 2013, in the District of Maryland, the defendants

**ERIN ELIZABETH MALI,**
a/k/a "Erin", a/k/a Dippo828@yahoo.com, and
**HOWARD JAMES CLEM IV,**
a/k/a "Jamie", a/k/a h.clemiv81@yahoo.com,

did knowingly conspire to receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendants did receive and distribute visual depictions

of minors engaged in sexually explicit conduct via a mobile social networking and dating application and website.

18 U.S.C. § 2252(a)(2)

## COUNT TWO

(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 10, 2013, in the District of Maryland, the defendant

**ERIN ELIZABETH MALI,**
**a/k/a "Erin", a/k/a Dippo828@yahoo.com,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct via a mobile social networking and dating application and website, including, but not limited to, a file given the following title: "A2l", an image file of an adult male's penis touching the vagina of a prepubescent female.

18 U.S.C. § 2252(a)(2)

3

## **COUNT THREE**

(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about January 10, 2013, in the District of Maryland, the defendant

### **HOWARD JAMES CLEM IV,**
### a/k/a "Jamie," a/k/a h.clemiv81@yahoo.com,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct and such visual depiction being of such conduct, that is, the defendant received a visual depiction via a mobile social networking and dating application and website, including, but not limited to, a file given the following title: "A2l", as described in Count One, and after receiving said file, the defendant did send the following three separate reply messages to the individual who had sent the image: "damn who's that? lucky guy. what she do", "wish was my cock. she take it in her", and "can I do that to her".

18 U.S.C. § 2252(a)(2)

## COUNT FOUR

(Distribution of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 7, 2013, in the District of Maryland, the defendant

**ERIN ELIZABETH MALI,**
**a/k/a "Erin", a/k/a Dippo828@yahoo.com,**

did knowingly distribute any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, and knowingly reproduces any visual depiction for distribution using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce and through the mails, the production of which involved the use of a minor engaged in sexually explicit conduct and such depiction being of such conduct, that is, the defendant distributed a visual depiction of a minor engaging in sexually explicit conduct via a mobile social networking and dating application and website, including, but not limited to, files given the following titles: "A12", an image file of a prepubescent female with her mouth and tongue touching the erect penis of an adult male; "A13", an image file of a prepubescent female with an adult male's erect penis penetrating her vagina; "A14", an image file of a prepubescent female with an adult male's erect penis penetrating her vagina; "A15", an image file of a nude prepubescent female focused on her vagina with her legs spread apart and with white fluid on her vagina and belly; "A16", an image file with an adult male's erect penis penetrating the mouth of a prepubescent female; "A17", an image file of a prepubescent female's vagina with an adult male's erect penis touching her vagina and a white fluid on her vagina; "A18", an image file of an adult male's penis penetrating a prepubescent female's vagina as the prepubescent female is

5

straddling the adult male; and after sending said images, did engage in an exchange with the recipient of those images during which the defendant did send three separate messages that read, "hope u enjoy", "thought ud enjoy", and "thats good".

18 U.S.C. § 2252(a)(2)

## COUNT FIVE

(Receipt of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about March 7, 2013, in the District of Maryland, the defendant

**HOWARD JAMES CLEM IV,**
a/k/a "Jamie," a/k/a h.clemiv81@yahoo.com,

did knowingly receive any visual depiction using any means and facility of interstate and foreign commerce, and that had been mailed, shipped and transported in and affecting interstate and foreign commerce, and which contained materials which had been so mailed, shipped and transported, by any means including by computer, the production of which involved the use of a minor engaged in sexually explicit conduct and such visual depiction being of such conduct, that is, the defendant received a visual depiction via a mobile social networking and dating application and website, including, but not limited to, files given the following titles: "A12", "A13", "A14", and "A15", as described in Count Four; and after receiving said images, the defendant did engage in an exchange with the individual who had sent the images during which the defendant did send four separate messages that read, "oh damn baby. any urs", "fucking hot", "that's hot", and "hell yeah".

18 U.S.C. § 2252(a)(2)

## COUNT SIX

(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 3, 2013, in the District of Maryland, the defendant,

**ERIN ELIZABETH MALI,**
**a/k/a "Erin," a/k/a Dippo828@yahoo.com,**

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess a Samsung SCH-S720C Cell Phone, HEX #A0000030FEE5B9, which had been manufactured in China, containing a 2GB Micro SD Card, which had been manufactured and assembled in Taiwan, that contained one or more visual depictions of minors engaged in sexually explicit conduct, including, but not limited to, files given the following titles: "A12", "A13", "A14", "A15", "A16", "A17", and "A18", as described in Count Four.

18 U.S.C. § 2252A(a)(5)(B)

## COUNT SEVEN

(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 3, 2013, in the District of Maryland, the defendant,

**ERIN ELIZABETH MALI,**
a/k/a "Erin," a/k/a Dippo828@yahoo.com,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess and access with intent to view files stored in an account with a mobile social networking and dating application and website that she had created, including, but not limited to, files given the following titles: "A12", "A13", "A14", "A15", "A16", "A17", "A18", and "A21", as described in Counts Two and Four.

18 U.S.C. § 2252A(a)(5)(B)

## **COUNT EIGHT**

(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about June 3, 2013, in the District of Maryland, the defendant,

**HOWARD JAMES CLEM IV,**
a/k/a "Jamie", a/k/a h.clemiv81@yahoo.com,

did knowingly possess and knowingly access with intent to view any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did possess and access with intent to view files stored in an account with a mobile social networking and dating application and website that he had created, including, but not limited to, files given the following titles: "A16", "A17", and "A18", as described in Count Four.

18 U.S.C. § 2252A(a)(5)(B)

## FORFEITURE ALLEGATION ONE

As a result of the offenses set forth in Counts One, Two, Four, Six and Seven, the defendant,

**ERIN ELIZABETH MALI,**
**a/k/a "Erin", a/k/a Dippo828@yahoo.com,**

shall forfeit to the United States her interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One, Two, Four, Six and Seven, specifically, a Samsung SCH-S720C Cell Phone, HEX #A0000030FEE5B9, which had been manufactured in China, containing a 2GB Micro SD Card, which had been manufactured and assembled in Taiwan; as well as any property traceable to such property; or (2) that constitutes or is traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One, Two, Four, Six and Seven.

18 U.S.C. § 2253

## FORFEITURE ALLEGATION TWO

As a result of the offenses set forth in Counts One, Three, Five and Eight, the defendant,

**HOWARD JAMES CLEM IV,**
a/k/a "Jamie", a/k/a **h.clemiv81@yahoo.com,**

shall forfeit to the United States his interest in all property, real and personal, (1) that was used, or intended to be used, to commit or to promote the commission of the offenses in Counts One, Three, Five and Eight, specifically, a Motorola XT875 Cell Phone, IMEI: 990000835445349, which had been manufactured and assembled in China, containing a 16GB SanDisk Micro SD card, as well as any property traceable to such property; or (2) that constitutes or is traceable to gross profits or other proceeds obtained, directly or indirectly, as a result of the offenses in Counts One, Three, Five and Eight.

18 U.S.C. § 2253

*Rod J. Rosenstein* by JTM
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**

FOREPERSON

8/27/14
Date